**Order entered May 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00839-CR

**TOREY BOYKIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82130-2012**

## ORDER

On March 5, 2014, this Court adopted the trial court's findings that appellant desires to pursue the appeal, is indigent and represented by court-appointed counsel, and that counsel would file appellant's brief by March 28, 2014. On April 4, 2014, the Court granted counsel a ten-day extension of time to file appellant's brief. When the brief was not filed by April 30, 2014, the Court ordered counsel to file appellant's brief by May 9, 2014. We further warned that failure to do so would result in this Court ordering that Lara Bracamonte be removed as appellant's attorney of record and that the trial court appoint new counsel to represent appellant To date counsel has neither filed appellant's brief nor communicated with the Court regarding the appeal.

Accordingly, we **ORDER** Lara Bracamonte removed as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit to this Court, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing the order appointing new counsel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Raymond Wheless, Presiding Judge, 366th Judicial District Court, and to Lara Bracamonte, and to the Collin County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/     LANA MYERS
        JUSTICE